IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHIRLEY LOGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-495-L |
| | § | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,[1] | § § § | |
| | § | |
| Defendant. | § | |

# ORDER

This is a social security case.  Plaintiff Shirley Logan ("Plaintiff" or "Logan") filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability insurance under Title II of the Social Security Act, 42 U.S.C. § 401, *et. seq.*  Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, the case was referred to United States Magistrate Judge Paul D. Stickney for review and submission of proposed findings of fact and recommendation for disposition.  On February 12, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (the "Report") were filed, in which he found that substantial evidence in the record supported the Commissioner's decision to deny Plaintiff disability benefits under the Act.  No objections have been filed.

After an independent review of the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and

---

[1] On February 12, 2007, Michael J. Astrue was sworn in as the Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted for former Commissioner Jo Anne B. Barnhardt as the defendant in this suit.  No further action need be taken to continue this suit pursuant to the last sentence of the Social Security Act, 42 U.S.C. § 405(g).

**Order – Page 1**

conclusions are correct, and hereby **accepts** them as those of the court. Accordingly, the court **affirms** the Commissioner's final decision denying disability benefits. This action is hereby **dismissed with prejudice**. A final judgment dismissing this case with prejudice will issue by separate document.

    **It is so ordered** this 28th day of February, 2007.

Sam A. Lindsay
United States District Judge